```
 1  ROGER L. GRANDGENETT II, ESQ., Bar #6323
    HILARY B. MUCKLEROY, ESQ., Bar #9632
 2  LITTLER MENDELSON
    3960 Howard Hughes Parkway
 3  Suite 300
    Las Vegas, NV  89169-5937
 4  Telephone:    702.862.8800
    Fax No.:      702.862.8811
 5
    Attorneys for Defendants
 6
 7
                   UNITED STATES DISTRICT COURT
 8
                        DISTRICT OF NEVADA
 9
10
    Gerald J. Fox,                   Case No. 2:11-cv-00424-RLH-PAL
11
                 Plaintiff,
12
    vs.
13
    Sysco Las Vegas Corporation; DOES 1 through
14  300, inclusive; and ROE CORPORATIONS 1
    through 300, inclusive,
15
                 Defendants.
16
17
       STIPULATION AND ORDER TO DISMISS ENTIRE LAWSUIT WITH PREJUDICE
18
       The Parties, by and through their counsel of record, hereby stipulate and respectfully request
19
    an order dismissing this action in its entirety with prejudice.
20
    . . .
21
    . . .
22
    . . .
23
```

LITTLER MENDELSON
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702 862 8800

IT IS HEREBY STIPULATED that each side to bear its own fees and costs with respect to this Stipulation.

IT IS SO STIPULATED.

Dated: March 8, 2012

Respectfully submitted,

/s/ Christian Gabroy
CHRISTIAN GABROY, ESQ.
GABROY LAW OFFICES

Attorneys for Plaintiff
Gerald J. Fox

Dated: March 8, 2012

Respectfully submitted,

ROGER L. GRANDGENETT II, ESQ.
HILARY B. MUCKLEROY, ESQ.
LITTLER MENDELSON

Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: March ____, 2012

HONORABLE JUDGE ROGER L. HUNT

Firmwide:109092944.1 063236.1076

LITTLER MENDELSON
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.